UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.                                             Case No. **2:20-cv-1253**

THE RANGE BROADCASTING,
LLC, and DOES 1 through 10 inclusive,

    Defendants.

**DEFAULT JUDGMENT**

This case came before the Court on Plaintiff Christopher Sadowski ("Plaintiff") Motion for Entry of Default Judgment ("Motion") [Dkt. #9], seeking default judgment against Defendant The Range Broadcasting, LLC ("Defendant"). The Clerk of the Court for the District of New Mexico entered the default of Defendant The Range Broadcasting, LLC on April 19, 2021 [Dkt. #8].

At this time, Plaintiff seeks Default Judgment against Defendant in the amount of $30,757.

The Plaintiff's Motion was properly served on Defendant on May 6, 2021. Having considered all matters of record, the arguments of counsel, all responses and replies, if any, and the applicable legal authorities, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is hereby entered in favor of Plaintiff Christopher Sadowski, and against Defendant The Range Broadcasting, LLC pursuant to 17 U.S.C. § 504, 17 U.S.C. § 1202, and 17 U.S.C. § 505;

2. Defendant is hereby ordered to pay statutory damages for copyright infringement and willful infringement pursuant to 17 U.S.C. § 504 in the amount of $17,500;

3. Defendant is hereby ordered to pay statutory damages for unauthorized alteration of copyright management information pursuant to 17 U.S.C. § 1202 in the amount of $10,000;

4. Defendant is hereby ordered to pay Plaintiff's reasonable attorney's fees pursuant 17 U.S.C. § 505 in the amount of $2,660;

5. Defendant is hereby ordered to pay Plaintiff's costs pursuant 17 U.S.C. § 505 in the amount of $597;

6. Defendant and its agents, servants, employees, attorneys, successors, licensees, partners, assigns, and all those acting directly or indirectly in concert or participation with any of them, shall be permanently enjoined from infringing, by any means and inducing copyright infringement by any means of the exclusive rights of Plaintiff and its affiliates, under the Copyright Act, including but not limited to direct copyright infringement, inducement to infringe copyrights, contributory copyright infringement, and vicarious copyright infringement;

7. Post-judgment interest shall accrue at the rate of 0.05% per annum, in accordance with 28 U.S.C. § 1961, from the date of entry of this Default Judgment until the Default Judgment Amount and all accrued interest are paid in full by Defendant The Range Broadcasting, LLC to the Plaintiff; and,

8. The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Default Judgment.

There being no just reason for delay in the entry of this Default Judgment, the Court hereby directs the clerk to enter judgment against Defendant The Range Broadcasting, LLC

pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE